IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD DEVONE BALCOM, #158439, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:19-CV-102-WHA |
| ) | |
| LYNN HEAD, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 7, 2019, the Magistrate Judge entered a Recommendation (Doc. #4) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's requests for monetary damages from the defendants are DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(iii).

3. The plaintiff's claims challenging the revocation of parole are dismissed without prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) as such claims provide no basis for relief in this cause of action.

4. This case is dismissed prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii).

A separate Final Judgment will be entered.

DONE this 12th day of April, 2019.

/s/ W. Harold Abritton
SENIOR UNITED STATES DISTRICT JUDGE